**William S. MANIX, Plaintiff-Appellee, v. PETER GRAFF & CO., Inc., Defendant-Appellant.**

No. 424.

Circuit Court of Appeals, Second Circuit.

June 6, 1932.

Platt, Taylor & Walker, of New York City (Eli J. Blair, of New York City, of counsel), for appellant.

Brodek, Raphael & Eisner, of New York City (Eugene J. Raphael and Louis P. Eisner, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.